# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES PAPIN : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 23-2591 |
| JAMES E. TAYLOR and : | |
| COWAN EQUIPMENT : | |
| LEASING, LLC : | |

## ORDER

**AND NOW**, this <u>2nd</u> day of July, 2024, upon consideration of Defendants' Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(5), or Alternatively, Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) and Motion for a More Definitive Statement Pursuant to Fed. R. Civ. P. 12(e), it is **ORDERED** that Defendants' Motion is **GRANTED**. Plaintiff's claims are **DISMISSED** *with prejudice*. The Clerk of Court is directed to mark this case as **CLOSED**.

**IT IS SO ORDERED.**

BY THE COURT:

*/s R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**